# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3776

_____

| | | |
|---|---|---|
| Hani W. Khouri, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Thomas Andrews, Assistant Attorney | * | |
| General, State of Iowa; Douglas | * | [UNPUBLISHED] |
| Marek; Thomas J. Miller, Attorney | * | |
| General, State of Iowa; Thomas J. | * | |
| Vilsack, Governor, State of Iowa, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 28, 2003
Filed: April 2, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Hani W. Khouri appeals the district court's[1] pre-service dismissal of his action. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court. However, we modify the dismissal of

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Khouri's damages claim to be without prejudice.  See Schafer v. Moore, 46 F.3d 43, 45 (8th Cir. 1995) (per curiam).  Accordingly, we affirm the judgment as modified. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.